**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6093**

ALBERT CHARLES BURGESS,

       Petitioner – Appellant,

   v.

UNITED STATES OF AMERICA,

       Respondent – Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Graham C. Mullen, Senior District Judge.  (1:09-cv-00451-GCM)

Submitted: March 16, 2010       Decided: March 24, 2010

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Albert Charles Burgess, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Charles Burgess appeals the district court's order denying relief on his 28 U.S.C § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Burgess v. United States</u>, No. 1:09-cv-00451-GCM (W.D.N.C. filed Jan. 6 & Jan. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>